IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JANE DOE,

     Plaintiff,

                                                  Case No.  19-cv-169-wmc

  v.

BOARD OF REGENTS FOR THE
UNIVERSITY OF WISCONSIN SYSTEM,

     Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Board of Regents for the University of Wisconsin System against plaintiff Jane Doe dismissing this case.

| | |
|---|---|
| s/ K. Frederickson, Deputy Clerk | July 17, 2020 |
| Peter Oppeneer, Clerk of Court | Date |